IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY GROGAN, Personal Representative
of the ESTATE OF JOHN GROGAN,

    Plaintiff,

v.                                          CASE NO. 1:12-cv-27-SPM-GRJ

UNITED STATES OF AMERICA,

    Defendant.
_____ /

## O R D E R

Pending before the Court is Doc. 12, a joint motion requesting extension of discovery deadlines.  Mediation in this case is scheduled for September 14, 2012. (Doc. 11.)  The parties request an extension of the deadlines to disclose expert witnesses under Fed. R. Civ. P. 26(a)(2) and to complete discovery, due to the upcoming mediation.  Upon due consideration, it is **ORDERED** that:

1. The Motion/Stipulation Regarding Extension of Scheduling Deadlines (Doc. 12) is **GRANTED**.

2. The deadline for Plaintiff to disclose expert witnesses under Fed. R. Civ. P. 26(a)(2) is **October 1, 2012.**  The deadline for Defendant to disclose expert witnesses under Fed. R. Civ. P. 26(a)(2) is **November 15, 2012.**

3. The deadline for completion of discovery is **January 15, 2013.**

4. All other deadlines set forth in this Court's Scheduling Order (Doc. 9) shall remain unchanged.

**DONE AND ORDERED** this 27th day of August, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge