IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY GROGAN, Personal
Representative of the ESTATE
OF JOHN GROGAN,

    Plaintiff,

v.                                CASE NO.: 1:12cv27-SPM/GRJ

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Notice of Settlement (doc. 15) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 25th day of September, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge